## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY L. JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>SUTTER SOLANO MEDICAL CENTER, an Unknown Corporation; METROPOLITAN LIFE INSURANCE COMPANY; a Foreign Corporation; and DOES 1 - 10, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-00858-WBS-EFB<br><br>**ORDER CONTINUING THE RESPONSIVE PLEADING DEADLINE FOR ALL DEFENDANTS AND CONTINUING STATUS/PRETRIAL SCHEDULING CONFERENCE**<br><br>Complaint Filed: 4/25/16 |

### **ORDER**

Pursuant to the stipulation of the parties, and for good cause appearing, it is hereby ordered as follows:

1) The deadline for all defendants to respond to the Complaint shall be extended such that a responsive pleading filed on or before September 2, 2016 shall be deemed timely; and

2) The Status/Pretrial Scheduling Conference currently scheduled for August 29, 2016 shall be continued to **October 11, 2016 at 1:30 p.m.**  A Joint Status Reportg shall be filed no later than **September 27, 2016**.  All deadlines related to the Conference shall be continued accordingly.

1

1 **IT IS SO ORDERED.**

3 Dated: August 9, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE