AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** California

| Bobby L. Jones | |
|---|---|
| Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| Metropolitan Life Insurance Company, et al., | |
| Defendant (s), | CASE NUMBER: 2:16-cv-00858-WBS-DB |

Notice is hereby given that, subject to approval by the court,  Metropolitan Life Insurance Company  substitutes
(Party (s) Name)

 Linda B. Oliver , State Bar No.  166720  as counsel of record in
(Name of New Attorney)

place of  Robert E. Hess .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Maynard Cooper & Gale LLP
    Address:          600 Montgomery Street, Suite 2600, San Francisco, CA 94111
    Telephone:        (415) 646-4700                Facsimile  (205) 254-1999
    E-Mail (Optional): loliver@maynardcooper.com

I consent to the above substitution.

Date:   08/30/16                                    /s/ Metropolitan Life Insurance Company
                                                    (Signature of Party (s))

I consent to being substituted.

Date:   08/30/16                                    /s/ Robert E. Hess
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.

Date:   08/30/16                                    /s/ Linda B. Oliver
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated:  August 31, 2016                             _[signature]_
                                                    WILLIAM B. SHUBB
                                                    UNITED STATES DISTRICT JUDGE

AO 154 (10/03) Substitution of Attorney

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

{03774453.1}