1  LINDA B. OLIVER (SBN 166720)
   loliver@maynardcooper.com
2  MAYNARD, COOPER & GALE, LLP
   600 Montgomery Street, Suite 2600
3  San Francisco, CA 94111
   Telephone: (415) 646-4700
   Facsimile:  (205) 254-1999
4
   Attorney for Defendants
5  METROPOLITAN LIFE INSURANCE COMPANY and
   SUTTER SOLANO MEDICAL CENTER
6
7
8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  BOBBY L. JONES,                    )  No. 2:16-cv-00858-WBS-DB
                                       )
                          Plaintiff,   )  **STIPULATION AND ORDER TO**
12                                     )  **CONTINUE DEADLINE FOR**
    vs.                                )  **DEFENDANTS TO RESPOND TO**
                                       )  **PLAINTIFF'S COMPLAINT**
13  METROPOLITAN LIFE INSURANCE        )
    COMPANY, et al.,                   )
                                       )  Complaint Filed:      April 25, 2016
14                                     )
                          Defendants.  )
15                                     )
                                       )
16  _____   )

17

18                        **JOINT STIPULATION**

19         Pursuant to Civil Local Rule 144(a), Plaintiff Bobby L. Jones ("Plaintiff") and

20  Defendants Metropolitan Life Insurance Company ("MetLife") and Sutter Solano Medical

21  Center, hereby jointly stipulate to an extension of time for Defendants to respond to Plaintiff's

22  Complaint.  Plaintiff and Defendants agree and stipulate that Defendants will respond to

23  Plaintiff's Complaint on or before September 23, 2016.  In support of this Stipulation, the Parties

24  agree and stipulate as follows:

25

{03774591.1}                              1
        STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANTS TO
                     RESPOND TO PLAINTIFF'S COMPLAINT

1.     On April 25, 2016, Plaintiff initiated the present action against MetLife in the United States District Court for the Northern District of California.

2.     Plaintiff and Defendant MetLife previously stipulated to an extension until September 2, 2016 for the Defendants to respond to the complaint.

3.     MetLife is substituting Linda B. Oliver of Maynard, Cooper & Gale, LLP, as its attorney of record in this matter.

4.     The Parties have agreed to an additional extension of time for Defendants to respond to Plaintiff's Complaint until September 23, 2016.

5.     This Stipulation will give Defendants' counsel the time necessary to review appropriate case documents. The additional time will afford the parties the opportunity to explore settlement opportunities without incurring additional costs of litigation.  This stipulation will not alter the date of any event or deadline already fixed by court order.

We hereby attest that concurrence in the filing of this stipulation was obtained by each of the below identified signatories.

Date: August 30, 2016                    MAYNARD, COOPER & GALE, LLP

                                         By: /s/ Linda B. Oliver
                                         Linda B. Oliver
                                         Attorney for Defendant
                                         METROPOLITAN LIFE INSURANCE
                                         COMPANY


Date: August 30, 2016                    LAW OFFICES OF JESSE L.B. HILL

                                         By: /s/ Jesse L.B. Hill
                                         Jesse L.B. Hill
                                         Attorney for Plaintiff
                                         BOBBY L. JONES

## <u>ORDER</u>

Pursuant to the stipulation of the parties, and for good cause appearing, IT IS HEREBY

ORDERED THAT the deadline for all Defendants to respond to the Complaint shall be extended

as such that a responsive pleading filed on or before September 23, 2016 shall be deemed timely.

**IT IS SO ORDERED.**

Dated:  August 31, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANTS TO
RESPOND TO PLAINTIFF'S COMPLAINT