1  LINDA B. OLIVER (SBN 166720)
   loliver@maynardcooper.com
2  MAYNARD, COOPER & GALE, LLP
   600 Montgomery Street, Suite 2600
3  San Francisco, CA 94111
   Telephone: (415) 646-4700
4  Facsimile: (205) 254-1999

5  Attorney for Defendants
   METROPOLITAN LIFE INSURANCE COMPANY and
   SUTTER SOLANO MEDICAL CENTER

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 BOBBY L. JONES,                    )  No. 2:16-cv-00858-WBS-DB
                                      )
12                 Plaintiff,         )  **ORDER GRANTING
   vs.                                )  DEFENDANTS' REQUEST FOR
13                                    )  TELEPHONIC APPEARANCE AT
   METROPOLITAN LIFE INSURANCE        )  OCTOBER 11, 2016 STATUS
14 COMPANY, et al.,                   )  (PRETRIAL SCHEDULING)
                                      )  CONFERENCE**
15                 Defendants.        )
                                      )
16                                    )
                                      )
                                      )
17

18     The Court hereby **GRANTS** Defendants Metropolitan Life Insurance Company, and

19 Sutter Solano Medical Center's (collectively, "Defendants") request that they be permitted to

20 attend the October 11, 2016 Status (Pretrial Scheduling) Conference set in the above-references

21 case *by telephone*, should the Conference not be taken off calendar and under submission by the

22 Court.

23     Counsel of record, Linda B. Oliver, will appear on behalf of Defendants, and will be

24 reachable at: (415) 646-4707. **The courtroom deputy shall email counsel with instructions on**

25
                                         1
   [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC
              APPEARANCE AT OCTOBER 11, 2016
           STATUS (PRETRIAL SCHEDULING) CONFERENCE

1 | how to participate in the telephone conference call.

2

3 | Dated: October 7, 2016

4 | _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to this action. My business address is 600 Montgomery Street, Suite 2600, San Francisco, CA 94111. On September 27, 2016, I served a copy of the following documents:

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT OCTOBER 11, 2016 STATUS (PRETRIAL SCHEDULING) CONFERENCE**

[x]   CM/ECF ELECTRONIC SERVICE: The following are registered CM/ECF users with the Court, and have consented to service through the Court's automatic transmission of a notice of electronic filing.

Jesse Hill
LAW OFFICES OF JESSE L. B. HILL
780 W. Tefft Street
Nipomo, CA 93444
(805) 748-8308

Attorney for Plaintiff Bobby L. Jones

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 27, 2016, at San Francisco, California.

_____
Claudia Wu