1  JESSE L.B. HILL (SBN 97620)
   jlbhill@aol.com
2  LAW OFFICES OF JESSE L.B. HILL
   1042 Palm Street, 2nd Floor
3  Telephone: (805) 544-5541
   Facsimile: (805) 544-5533
4  Attorney for Plaintiff
   BOBBY L. JONES
5
   LINDA B. OLIVER (SBN 166720)
6  loliver@maynardcooper.com
   MAYNARD, COOPER & GALE, LLP
7  600 Montgomery Street, Suite 2600
   San Francisco, CA 94111
   Telephone: (415) 646-4700
8  Facsimile: (205) 254-1999

9  Attorney for Defendants
   METROPOLITAN LIFE INSURANCE COMPANY and
   SUTTER SOLANO MEDICAL CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY L. JONES,<br><br>               Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>               Defendants. | No. 2:16-cv-00858-WBS-DB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES FOR MOTIONS AND PRETRIAL AND TRIAL DATES**<br><br>Complaint Filed:    April 25, 2016 |

      Plaintiff Bobby Jones ("Plaintiff") and Defendants Metropolitan Life Insurance Company ("MetLife") and Sutter Solano Medical Center, hereby jointly stipulate, through their respective attorneys of record, to request that the Court enter an order extending the trial and other dates set

1
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES

by the Court's order dated October 11, 2016 (ECF No. 20), by approximately 90 days, as follows:

    Last day to file motions: August 31, 2017

    Final Pretrial Conference: **November 20, 2017 at 1:30 p.m.**

    Trial: **January 17, 2018 at 9:00 a.m.**

    Good cause exists for this request because the parties are currently engaged in settlement discussions and hope to resolve this matter without incurring the expense of preparing the motions at this time.

Date: May 31, 2017        MAYNARD, COOPER & GALE, LLP

        By: /s/ Linda B. Oliver
        Linda B. Oliver
        Attorney for Defendants
        METROPOLITAN LIFE INSURANCE
        COMPANY and SUTTER SOLANO MEDICAL
        CENTER

Date: May 31, 2017        LAW OFFICES OF JESSE L.B. HILL

        By: /s/ Jesse L.B. Hill
        Jesse L.B. Hill
        Attorney for Plaintiff
        BOBBY L. JONES

    IT IS SO ORDERED.

Dated: May 31, 2017

        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE