JESSE L.B. HILL (SBN 97620)
jlbhill@aol.com
LAW OFFICES OF JESSE L.B. HILL
1042 Palm Street, 2nd Floor
Telephone: (805) 544-5541
Facsimile: (805) 544-5533

Attorney for Plaintiff
BOBBY L. JONES

LINDA B. OLIVER (SBN 166720)
loliver@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorney for Defendants
METROPOLITAN LIFE INSURANCE COMPANY and
SUTTER SOLANO MEDICAL CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY L. JONES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants. | No. 2:16-cv-00858-WBS-DB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:　　April 25, 2016 |

---

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Defendant Metropolitan Life Insurance Company ("MetLife") and Plaintiff Bobby L. Jones ("Plaintiff"), by and through their counsel of record, hereby agree that this action may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). All parties shall bear their own fees and costs.

Date: November 9, 2017             MAYNARD, COOPER & GALE, LLP

                                   By: /s/ Linda B. Oliver
                                   Linda B. Oliver
                                   Attorney for Defendants
                                   METROPOLITAN LIFE INSURANCE
                                   COMPANY and SUTTER SOLANO MEDICAL
                                   CENTER

Date: November 9, 2017             LAW OFFICES OF JESSE L.B. HILL

                                   By: /s/ Jesse L.B. Hill
                                   Jesse L.B. Hill
                                   Attorney for Plaintiff
                                   BOBBY L. JONES

IT IS SO ORDERED.

Dated: November 13, 2017           _____
                                   WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE