JESSE L.B. HILL (SBN 97620)
jlbhill@aol.com
LAW OFFICES OF JESSE L.B. HILL
1042 Palm Street, 2nd Floor
Telephone: (805) 544-5541
Facsimile: (805) 544-5533

Attorney for Plaintiff
BOBBY L. JONES

LINDA B. OLIVER (SBN 166720)
loliver@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorney for Defendants
METROPOLITAN LIFE INSURANCE COMPANY and
SUTTER SOLANO MEDICAL CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY L. JONES, | No. 2:16-cv-00858-WBS-DB |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | |
| Defendants. | Complaint Filed: April 25, 2016 |

Defendant Sutter Solano Medical Center ("Defendant") and Plaintiff Bobby L. Jones ("Plaintiff"), by and through their counsel of record, hereby agree that this action may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). All parties shall bear their own fees and costs.

Date: November 10, 2017        MAYNARD, COOPER & GALE, LLP

By: /s/ Linda B. Oliver
Linda B. Oliver
Attorney for Defendants
METROPOLITAN LIFE INSURANCE COMPANY and SUTTER SOLANO MEDICAL CENTER

Date: November 10, 2017        LAW OFFICES OF JESSE L.B. HILL

By: /s/ Jesse L.B. Hill
Jesse L.B. Hill
Attorney for Plaintiff
BOBBY L. JONES

      IT IS SO ORDERED.

Dated: November 13, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE